Filed 7/31/26  In re M.F. CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| In re M.F., a Person Coming Under the Juvenile Court Law. | D086886 |
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>M.F.,<br><br>    Defendant and Appellant. | (Super. Ct. No. J246362) |

APPEAL from a judgment of the Superior Court of San Diego County, Richard R. Monroy, Judge.  Affirmed.

Travis Daily, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

A petition was filed in juvenile court alleging M.F. (Minor) committed an assault with force likely to cause great bodily injury (Pen. Code,[1] § 245,

---

[1]    Further statutory references are to the Penal Code.

subd. (a)(4)). The court ordered a competency examination of the minor. The court reviewed the expert's report and held a hearing. Without opposition, the court found the minor was competent to stand trial.

The court held an adjudication hearing after which the court found the assault charge to be true and found the allegation under section 12022.7, subd. (a) also true. The court found the maximum confinement for the assault and the allegation of great bodily injury to be six years.

A dispositional hearing was conducted after which the Minor was ordered a ward of the court and placed on probation subject to various terms and conditions.

The minor filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d. 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*. We advised the Minor that he could file his own brief on appeal, but he has not responded to our notice.

The true finding in this case arises from a violent confrontation between the Minor and his mother inside the home. The mother and Minor offered different versions of the events. The court accepted the mother's version of events and made true finding on the assault charge and the related allegation under section 12022.7, subdivision (a).

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court in its review and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*) counsel has identified two possible issues that were considered in

2

evaluating the potential merits of this appeal:  whether the court erred in finding the Minor to be competent to stand trial, and whether the court erred in finding the Minor's continued presence in the home was not in the Minor's best interest.

We have independently reviewed the record for error as required by *Wende* and *Anders*.  We have not discovered any arguable issues for reversal on appeal.  Competent counsel has represented the Minor in this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, J.*

WE CONCUR:


RUBIN, Acting P. J.


BERMÚDEZ, J.

---

*	Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.